THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SHERITA EVERETTS | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-cv-01208-SDJ-BD |
| | § | |
| ALLEN POLICE DEPARTMENT | § | |
| | § | |
| | § | |

## MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 27, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. 14), that Plaintiff Sherita Everetts's complaint, (Dkt. #3, misidentified in the Report as Dkt. #1), be dismissed without prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's complaint, (Dkt. #3), is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 19th day of March, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE